**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

October 9, 2026

Hon. Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202

RE: *The Firing Pin, et al. v. James, et al*, Case No. 26-cv-1718

Dear Judge Vilardo:

In this case, Plaintiffs challenge the constitutionality of N.Y. Penal Law § 265.10(10) and related statutes which together ban licensed firearms dealers and gunsmiths from selling, transferring, disposing of, transporting or shipping as merchandise semi-automatic pistols with a cruciform trigger bar that the State Defendants believe can be readily altered and converted into a machine-gun. Pursuant to legislation, the New York State Police is required to publish a list of pistols that it has determined to be convertible pistols. The New York State Police intend to publish that list on or before October 30, 2026. The publication of the list may have an impact on this litigation.

Accordingly, the parties jointly request that the current deadline to answer or move against the Complaint as to all Defendants be extended to November 13, 2026. This will provide Plaintiffs with time to review the published list and determine whether the complaint needs to be amended to address the published list.

Thank you for the Court's consideration in this matter.

Respectfully submitted,

*/s/ Daniel R. Maguire*______________
DANIEL R. MAGUIRE
Assistant Attorney General