# Cooper & Kirk

Lawyers

A Professional Limited Liability Company

Peter A. Patterson
(202) 220-9670
ppatterson@cooperkirk.com

1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

(202) 220-9600
Fax (202) 220-9601

November 11, 2026

**VIA CM/ECF**
The Honorable Lawrence J. Vilardo
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square, Floor 8
Buffalo, New York 14202

**Re: *The Firing Pin, LLC et al. v. James et al.*, No. 1:26-cv-01718-LJV**

Dear Judge Vilardo:

Counsel for Plaintiffs write to inform the court that the New York State Police has issued a list of banned pistols. *Convertible Pistol List*, N.Y. STATE POLICE (Oct. 30, 2026), https://perma.cc/E2G4-GGTJ. In light of this, Plaintiffs intend to file an amended complaint on or before Friday, November 20, 2026. Plaintiffs request the Court hold in abeyance the response deadline until the filing is complete and reset the deadline to three weeks after the amended complaint is filed. Plaintiffs have conferred with the State, which agrees with the proposed timeline.

Respectfully submitted,

*/s/ Peter A. Patterson*
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 220-9600
Fax: (202) 220-9601

*Counsel for Plaintiffs*

cc: All Counsel of Record (via CM/ECF)